# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 20-1842

Brenda Davis and Frederick Stufflebean

Appellees

v.

Buchanan County, Missouri, et al.

Michelle Munger

Appellant

Karen S. Williams

No: 20-1843

Brenda Davis and Frederick Stufflebean

Appellees

v.

Buchanan County, Missouri, et al.

Fredrick Covillo

Appellant

Michelle Munger and Karen S. Williams

No: 20-1845

Brenda Davis and Frederick Stufflebean

Appellees

v.

Buchanan County, Missouri, et al.

Corizon Health, Inc.

Appellant

Donna Euler, RN, et al.

No: 20-1846

Brenda Davis and Frederick Stufflebean

Appellees

v.

Buchanan County, Missouri, et al.

Advanced Correctional Healthcare, Inc.

Appellant

Catherine Van Voorn, MD

Ann Marie Slagle, LPN

Appellant

Ryan Crews, Warden, et al.

April Powers, also known as April Griffin, also known as April Helsel

Appellant

Amy Mowry, et al.

No: 20-2075

Brenda Davis and Frederick Stufflebean

Appellees

v.

Buchanan County, Missouri, et al.

Mike Strong and Jody Hovey

Appellants

Brian Gross, et al.

No: 20-2076

Brenda Davis and Frederick Stufflebean

Appellees

v.

Buchanan County, Missouri, et al.

Brian Gross

Appellant

Natalie A. Bransfield, et al.

No: 20-2292

Brenda Davis and Frederick Stufflebean

Appellees

v.

Buchanan County, Missouri, et al.

Brian Gross

Appellant

Natalie A. Bransfield

Dustin Nauman

Appellant

Advanced Correctional Healthcare, Inc., et al.

---

Appeals from U.S. District Court for the Western District of Missouri - St. Joseph
(5:17-cv-06058-NKL)

---

## MANDATE

In accordance with the opinion and judgment of 08/24/2021, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

September 14, 2021

Clerk, U.S. Court of Appeals, Eighth Circuit